Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Walter C. Chandler* for petitioners. No appearance for respondent.

No. 949. REDERIAKTIEBOLAGET AMIE, PETITIONER, *v.* UNIVERSAL TRANSPORTATION COMPANY (INC.). April 22, 1918. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. William J. Conlen* for petitioner. *Mr. J. Parker Kirlin* for respondent.

No. 952. UNITED STATES, PETITIONER, *v.* HENRY VEEDER. April 22, 1918. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *The Solicitor General* for the United States. *Mr. John J. Healy* and *Mr. George P. McCabe* for respondent.

No. 962. COMMONWEALTH TRUST COMPANY OF PITTSBURGH, PETITIONER, *v.* FIRST-SECOND NATIONAL BANK OF PITTSBURGH ET AL. April 22, 1918. Petition for a writ of certiorari to the Supreme Court of the State of Pennsylvania denied. *Mr. H. F. Stambaugh* and *Mr. John M. Freeman* for petitioner. *Mr. Alexander J. Barron* for respondents.

No. 963. JAMES O. HARRIS, PETITIONER, *v.* UNITED STATES. April 22, 1918. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Daniel W. Baker* and *Mr. Alva A. Andrews* for petitioner. No brief for the United States.